**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DANIEL VEACH, *et. al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-3239 |
| | § | |
| CITY OF HOUSTON, *et al.*, | § | |
|     Defendants. | § | |

**ORDER FOR REAFFIRMATION OF**
**INTENTION TO PROSECUTE**

It has come to the Court's attention during pretrial proceedings in this and related

cases that Plaintiffs' counsel may not be able to locate and communicate with the Plaintiffs

in this case.  A client's failure to keep counsel informed about the client's change of address

and/or phone number is an indication of lack of interest in the pending litigation and may

reveal an intention to abandon the claims.  *See generally Salinas v. Sun Oil Co.*, 819 F.2d

105 (5th Cir. 1987); S.D. TEX. LOCAL R. 83.4.   In order to determine which of the many

Plaintiffs in this and related cases continue to desire to prosecute their claims against the City

of Houston and other Defendants, it is hereby

**ORDERED** that on or before **October 31, 2006**, Plaintiffs' counsel shall file with the

Court a written statement made under penalty of perjury (*see* 28 U.S.C. § 1746) from each

Plaintiff that desires to continue to prosecute this litigation.  Failure to file the written

P:\ORDERS\11-2004\3239affirm.wpd   060928.1359

statement by a Plaintiff is grounds for dismissal of that Plaintiff's claims for failure to prosecute.

SIGNED at Houston, Texas, this **28th** day of **September, 2006.**

Nancy F. Atlas
United States District Judge